Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Richard Michael Smego, Jeffrey Alan Hargett, Michael Hughes, and Lawrence Hayes,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | Case Number: 15-4057 |
| **Gregg Scott, Jennifer Blaesing, Kevin Winters, Dale Kunkel, Sally Hougas, Amy Clark, Ebony Berry, Dave Biermann, John Doe No. 1, John Doe No. 2, John Doe No. 3, and John Doe No. 4,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**, pursuant to the Text Order entered by Judge Sue E. Myerscough on August 26, 2016, judgment is entered in the above matter dismissing this matter with prejudice.   Parties shall bear their own costs and expenses.------------------------------

**Dated: August 26, 2016**

                                        s/ Kenneth A. Wells
                                        Kenneth A. Wells
                                        Clerk, U.S. District Court